UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

Abdikadir Abdullahi et al.,
    Petitioners,

Case No. 2:16-cv-254

v.

HON. PAUL L. MALONEY

Jeh. C. Johnson et al.,
    Respondents.
                                  /

## JUDGMENT

In accordance with the order entered on this date (ECF No. 21), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters. The application under 28 U.S.C. § 2241 has been dismissed without prejudice.

**IT IS SO ORDERED**.

Date: May 1, 2017                          /s/ Paul L. Maloney
                                                       Paul L. Maloney
                                                       United States District Judge